427 A.2d 1230

Commonwealth v. Wilkinson, Appellant.

Submitted November 16, 1979.  Michael L. Stibich, for appellant;  Gerard Long, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.

427 A.2d 1230

Commonwealth v. Young, Appellant.

Submitted September 13, 1979.  Allan M. Tabas, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation.